# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>GEORGE C. GEORGE,<br><br>　　　　　　Defendant(s). | Case No. 2:14-cr-00365-JAD-NJK<br><br>ORDER<br><br>(Docket Nos. 10, 11) |

　　　　On February 4, 2015, the Court granted the United States' petition for writ of habeas corpus ad prosequendum for George C. George. Docket No. 10. Thereafter, the Court issued the writ of habeas corpus ad prosequendum. Docket No. 11. Upon review, it appears the wrong date was used within the documents. *See* Docket No. 8. Accordingly, the Clerk of the Court shall **STRIKE** the documents at Docket Nos. 10 and 11.

　　　　IT IS SO ORDERED.

　　　　DATED: February 4, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge