# SEALED

RENE L. VALLADARES
Federal Public Defender,
District of Nevada
Nevada State Bar No. 11479
BIRAY DOGAN
Assistant Federal Public Defender
Nevada State Bar No. 10566
201 West Liberty Street, Suite 102
Reno, NV  89501-2027
Telephone: (775) 321-8451
Facsimile:  (775) 784-5369
Counsel for George C. George

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE C. GEORGE,<br><br>Defendant. | 2:14-cr-00365-JAD-NJK<br><br>**DEFENDANT'S MOTION**<br><br>**TO UNSEAL CASE**<br><br>(Filed Under Seal) |

COMES NOW Defendant, GEORGE C. GEORGE, by and through his attorney, Biray K. Dogan, Assistant Federal Public Defender, and respectfully moves this Court for an Order to UNSEAL the record in this matter and all subsequent and further proceedings.

Dated this the 09th day of April, 2015,

Respectfully Submitted,

By: _____
Biray K. Dogan
Assistant Federal Public Defender

1

RENE L. VALLADARES
Federal Public Defender,
District of Nevada
Nevada State Bar No. 11479
BIRAY DOGAN
Assistant Federal Public Defender
Nevada State Bar No. 10566
201 West Liberty Street, Suite 102
Reno, NV  89501-2027
Telephone: (775) 321-8451
Facsimile:  (775) 784-5369
Counsel for George C. George

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE C. GEORGE,<br><br>Defendant. | 2:14-cr-00365-JAD-NJK<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Defendant, and good cause appearing therefore, IT IS HEREBY ORDERED that the record in this matter and all subsequent and further proceedings, shall be unsealed.

DATED this 17th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

2