RENE L. VALLADARES
Federal Public Defender
District of Nevada
Biray Dogan
Nevada State Bar #10566
Assistant Federal Public Defender
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451
biray_dogan@fd.org
Attorney for Defendant,
GEORGE CHRISTOPHER GEORGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GEORGE CHRISTOPHER GEORGE,<br><br>        Defendant. | Case No. 2:14-CR-00365-JAD (NJK)<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between RENE L. VALLADARES, Federal Public Defender, and Biray Dogan, Assistant Federal Public Defender, Counsel for GEORGE CHRISTOPHER GEORGE, and DAN BOGDEN, United States Attorney, and

Christina Brown, Assistant United States Attorney, Counsel for the UNITED STATES OF AMERICA, that the Sentencing Hearing currently scheduled for July 27, 2015 at 11:00 a.m. be continued to **September 14, 2015 at 9:00 am.**

The continuance is necessary as the probation officer is currently out of the office from July 01, 2015 through July 20, 2015 and therefore requires additional time to address the objections to the presentence report submitted by defense counsel and complete the final "PSR." Rule 32 (f) (3) of the Fed. R. Crim. P. and LCR 32-1 (c) requires the presentence report and any addendums and revision(s) to be submitted no later than 7 days before the date of sentencing. The parties are

therefore requesting a continuance to allow the probation officer sufficient time to prepare and complete the final presentence report in compliance with these rules. The parties further request the continuance to allow defense counsel to consult with Mr. George regarding the draft presentence report. Mr. George is currently incarcerated by the Nevada Department of Corrections at the Southern Desert Correctional center.

The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed. R. Crim. P. Rule 32(b)(2) which states that the "court may, for good cause, change any time limit prescribed in this rule." Failure to grant this extension would deprive the defendant continuity of counsel and the effective assistance of counsel.

Undersigned defense counsel has spoken with defendant, George Christopher George, who is currently in custody, and he agrees that the additional time is necessary.

DATED this 16th day of July, 2015.

DANIEL G. BOGDEN  
United States Attorney

RENE L. VALLADARES  
Federal Public Defender

/s/ *Christina Brown*  
CHRISTINA BROWN  
Assistant United States Attorney  
Counsel for Government

/s/ *Biray K. Dogan*  
BIRAY K. DOGAN  
Assistant Federal Public Defender  
Counsel for Defendant  
George Christopher George

**ORDER**

**IT IS HEREBY ORDERED** that the Sentencing Hearing scheduled for July 27, 2015, at 11:00 a.m. shall be vacated and continued to September 14, 2015 at 9:00 a.m.

DATED this 16th day of July, 2015.

_____  
JENNIFER A. DORSEY  
UNITED STATES DISTRICT JUDGE