# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:14-cr-00365-JAD-NJK |
| Plaintiff, | ) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEUS CORPUS |
| vs. | ) AD PROSEDUENDUM FOR<br>) GEORGE C. GEORGE |
| GEORGE C. GEORGE, | ) ID #1134211 |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **GEORGE C. GEORGE, #1134211,** before the United States District Court at Las Vegas, Nevada, on or about September 14, 2015, at the hour of 09:00 a.m., for a Sentencing and disposition, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:

_____
UNITED STATES MAGISTRATE JUDGE

```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    CHRISTINA M. BROWN
 3  Assistant United States Attorney
    333 Las Vegas Boulevard South
    Suite 5000
 4  Las Vegas, Nevada  89101
    702-388-6336
 5
                    UNITED STATES DISTRICT COURT
 6                      DISTRICT OF NEVADA
                              -oOo-
 7
    UNITED STATES OF AMERICA,        ) Case No.: 2:14-cr-00365-JAD-NJK
 8                                   )
              Plaintiff,             ) PETITION FOR WRIT OF
 9                                   ) HABEUS CORPUS AD
         vs.                         ) PROSEQUENDUM FOR
                                     ) GEORGE C. GEORGE
10                                   ) ID #1134211
    GEORGE C. GEORGE,                )
11                                   )
              Defendant.             )
12                                   )
```

The petition of the United States Attorney for the District of Nevada respectfully shows that **GEORGE C. GEORGE, #1134211,** is committed by due process of law in the custody of the Warden, High Desert State Prison, 22010 Cold Creek Rd., Indian Springs, Nevada 89070, that it is necessary that the said **GEORGE C. GEORGE** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on September 14, 2015 at the hour of 09:00 a.m., for a Sentencing and disposition and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **GEORGE C. GEORGE** before the United States District Court on or about September 14, 2015, at the hour of 09:00 a.m., for a Sentencing and disposition and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

1

1     WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, High Desert State Prison, Indian Springs, Nevada 89070, and to the United States Marshal for the District of Nevada, commanding them to produce the said **GEORGE C. GEORGE** before the United States District Court on or about September 14, 2015, at the hour of 09:00 a.m., for a Sentencing and disposition , and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court.

    DATED this 27th day of August, 2015.

    Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
CHRISTINA M. BROWN
Assistant United States Attorney

2