1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 8 UNITED STATES OF AMERICA, | ) | |
| | ) | |
| 9           Plaintiff, | ) | |
| | ) | |
| 10      v. | ) | 2:14-CR-365-JAD-(NJK) |
| | ) | |
| 11 GEORGE C. GEORGE, | ) | |
| | ) | |
| 12          Defendant. | ) | |

13 **FINAL ORDER OF FORFEITURE**

14       The United States District Court for the District of Nevada entered an Amended Preliminary

15 Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code,

16 Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 28, United States

17 Code, Section 853(p) based upon the plea of guilty by defendant GEORGE C. GEORGE to the

18 criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money

19 judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information

20 and shown by the United States to have the requisite nexus to the offense to which defendant

21 GEORGE C. GEORGE pled guilty.  Criminal Information, ECF No. 25; Plea Agreement, ECF No. 30;

22 Change of Plea, ECF No. 32; Amended Preliminary Order of Forfeiture, ECF No. 34.

23       This Court finds the United States of America published the notice of forfeiture in accordance

24 with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

25 from August 12, 2015, through September 10, 2015, notifying all potential third parties; and notified

26 / / /

known third parties by personal service or by regular and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 43.

On May 22, 2015, the United States Attorney's Office served Amanda Sitto with copies of the Preliminary Order of Forfeiture and the Notice through regular mail.  The certified mail was returned "unclaimed."  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Lourine Mortel with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Vickie Gambill with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Sara Rahimi with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served William Craig with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Eric Roul with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Deborah Zuber with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Segan Gedam with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Amir Farakesh with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Jimmy Chang with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Todd A. Elliott with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Alesia Eldridge with copies of the Preliminary Order of Forfeiture and the Notice through regular mail.  The certified mail was returned "unclaimed."  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Rodney Hagner with copies of the Preliminary Order of Forfeiture and the Notice through regular mail.  The certified mail was returned "unclaimed."  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Jimmy Lam with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Belen Ortiz with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Dane and Gosia Braun with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

/ / /

/ / /

On May 22, 2015, the United States Attorney's Office served Juan Martin Perez with copies of the Preliminary Order of Forfeiture and the Notice through regular mail.  The certified mail was returned "unclaimed."  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Enlai Chu with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Johnny Hoang with copies of the Preliminary Order of Forfeiture and the Notice through regular mail.  The certified mail was returned "unclaimed."  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Tina Winn with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Donna Lehman with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Murray J. Edgar with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Stanley Wayne copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 22, 2015, the United States Attorney's Office served Masoomeh Hadizadeh with copies of the Preliminary Order of Forfeiture and the Notice through Federal Express.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

/ / /

/ / /

4

On May 22, 2015, the United States Attorney's Office served Sarah Weidman with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On August 8, 2015, the United States Attorney's Office served Shawn Davis with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mailing, ECF No. 41-3.

On May 27, 2015, the United States Marshal's Service personally served Angelyn Mortel with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On May 28, 2015, the United States Marshal's Service personally served Stephen Miller with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On May 29, 2015, the United States Marshal's Service personally served Bruce Sneath with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On May 29, 2015, the United States Marshal's Service personally served Shimon Cohen with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On May 29, 2015, the United States Marshal's Service personally served Claudia Medrano-Padilla with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On May 30, 2015, the United States Marshal's Service personally served Gilbert Feghali with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

/ / /

/ / /

On June 1, 2015, the United States Marshal's Service personally served Araceli Hernandez with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On June 2, 2015, the United States Marshal's Service personally served Stefan Iazanov with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On June 3, 2015, the United States Marshal's Service personally served Barbara Smith with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On June 3, 2015, the United States Marshal's Service personally served Suzy Landaverde with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On June 4, 2015, the United States Marshal's Service personally served Jose Salazar with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On June 4, 2015, the United States Marshal's Service personally served Stephen Gephardt with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On June 4, 2015, the United States Marshal's Service personally served Dragan Karac with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On June 4, 2015, the United States Marshal's Service personally served The Estate of Jose Moreno c/o Maria Moreno with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

/ / /

/ / /

On June 5, 2015, the United States Marshal's Service personally served Marjan Rutar with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On June 5, 2015, the United States Marshal's Service personally served Patricia Stankus with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On June 8, 2015, the United States Marshal's Service personally served Michelle Aguilar with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On June 15, 2015, the United States Marshal's Service personally served Moshe Moses with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On August 17, 2015, the United States Marshal's Service personally served Beatriz R. Huerta with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On August 17, 2015, the United States Marshal's Service personally served The Estate of Jesus Macias Casillas c/o Ms. Beatriz R. Huerta with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On September 1, 2015, the United States Marshal's Service personally served Joseph Ayoub with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

On September 1, 2015, the United States Marshal's Service personally served Michael Mathias with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – USMS, ECF No. 46-3.

/ / /

/ / /

7

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the

2  time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time

4  for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7  United States of America:

8    1.   2013 Lexus RX350 VIN 2T2BK1BA7DC195083; and

9    2.   $30,730 in United States Currency

10  (all of which constitutes "property"); and

11    that the United States recover from GEORGE C. GEORGE the criminal forfeiture money

12  judgment in the amount of $2,131,295 in United States Currency, and that the property will be applied

13  toward the payment of the money judgment; and

14    the property and the money judgment are forfeited pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)

15  and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28,

16  United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p); that

17  the criminal forfeiture money judgment shall be collected; and that the property and the collected

18  amount shall be disposed of according to law.

19    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

20  including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

21  income derived as a result of the United States of America's management of any property forfeited

22  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

23  / / /

24  / / /

25  / / /

26  / / /

8

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Michael A. Humphreys, Asset Forfeiture Unit.

DATED this 23rd day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE

1

**PROOF OF SERVICE**

2      A copy of the foregoing was served upon counsel of record via Electronic Filing on

3  October 22, 2015.

4

5                                                  */s/ Mary Stolz*
                                                   Mary Stolz
6                                                  FSA Paralegal

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26