# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **George C. George**

Case Number:  **2:14CR00365**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **September 14, 2015**

Original Offense: **Wire Fraud**

Original Sentence: **56 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **August 23, 2019**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

    On June 21, 2023, George was arrested by Reno Police Department officers and charged with Customer Solicitation of Prostitution. Arraignment is currently scheduled for July 25, 2023, in the Reno Municipal Court, in Case No.: 23CR-06919.

RE: George C. George

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

  ☒ Revoked

    I declare under penalty of perjury that the information contained herein is true and correct,

    Executed on **July 14, 2023**

_(Digitally signed by Erik Flocchini for Matthew McKeon, Date: 2023.07.14 12:39:27 -07'00')_

Matthew McKeon
United States Probation Officer

Approved:

_(Digitally signed by Erik Flocchini, Date: 2023.07.14 12:43:52 -07'00')_

Erik Flocchini
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐   No Action.
☐   The issuance of a warrant.
X   The issuance of a summons.
☐   Other:

    _(Signature)_
    Signature of Judicial Officer

    7/17/2023
    Date

RE: George C. George

Prob12C
D/NV Form
Rev. March 2017

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**
**UNITED STATES V. GEORGE C. GEORGE,  2:14CR00365**

---

**SUMMARY IN SUPPORT OF PETITION FOR SUMMONS**
**July 14, 2023**

---

On September 14, 2015, Your Honor sentenced Mr. George to 56 months imprisonment, to run concurrent to State of Nevada Case No.: CR13-1784, after Mr. George plead guilty to Wire Fraud. Mr. George has criminal history dating back to 1983 which includes convictions for Credit Card Abuse; Theft (misdemeanor); and Attempted Fraudulent Use of Alien Registration Cards; Mortgage Fraud. Mr. George was also arrested in 1995 for Prostitution in which he received a deferred probationary sentence. The case was later dismissed. Supervised release was imposed for a term of three years and commenced on November 12, 2021.

Mr. George's initial start to supervision was largely satisfactory concerning conduct. Mr. George secured employment and began making payments towards restitution. In early 2023, Mr. George became more difficult to locate at his residence; however, would report to the U.S. Probation Office when prompted. Mr. George was contacted at his home on April 5, 2023, and noted he planned to file for early termination of supervised release.

On June 20, 2023, Reno Police Department ("RPD") Human Exploitation and Trafficking Unit ("HEAT") detectives posted an online advertisement on a known prostitution website, Private Delights. HEAT detectives posted the advertisement on the site because HEAT had previously recovered numerous sex trafficking victims from the same website. According to the police report, the advertisement stated the following: "JJsweeets Hii my name is JJ ?? I am fun, petite, discreet, and exxxtra sweet! I guaranteed u will be more than satisfied..INCALL ONLY text me to meet 775-406-7093"

That same day, "JJ" received a message from 775-384-4027, which is the primary phone number of record provided to U.S. Probation by Mr. George, that stated, "Are you available." "JJ" wrote back that she would be available tomorrow or the next day. The same number re-engaged on June 21, 2023, at approximately 1:50 pm, asking again if "JJ" was available. An agreement was made for 30 minutes of a "GFE" (referring to a girlfriend experience which includes sex coupled with kissing and cuddling) in exchange for $200. "JJ" provided an address of 3470 Socrates Drive, Reno, Nevada, and Mr. George allegedly indicated he would pick her up to take her to a hotel to conduct the date.

At approximately 9:48 pm, a Honda CRV, with Nevada plates bearing 424W34 (matching the primary make/model/plate number of the vehicle of record provided to U.S. Probation by Mr. George), pulled up to the front of the house. "JJ" asked Mr. George, via text, it was him out front to which he responded, "Yes." HEAT detectives active their red and blue overhead lights on their vehicle and placed Mr. George under arrest. A black smartphone was found on the front driver's seat. A confirmation call was placed, and Mr. George's phone displayed the call

RE: George C. George

Prob12C
D/NV Form
Rev. March 2017

notification. During a search incident to arrest, officers located $225 in U.S. currency in a red wallet located in Mr. George's front left pants pocket.

Mr. George was read his *Miranda* rights and said he understood. Mr. George elected to speak with a HEAT detective and admitted to meeting a female on Private Delights. Mr. George admitted he had arranged to pay her for sex. George provided consent to search his phone and the HEAT detective located the conversation with "JJ." George was arrested and later released.

Following the arrest, on June 26, 2023, United States Probation Officer ("USPO") Matthew McKeon contacted Mr. George and instructed him that USPO McKeon would come by Mr. George's residence to discuss the arrest. On June 27, 2023, Mr. George reported to the U.S. Probation Office in Reno even though he had been instructed to remain at his home. Despite the arrest, Mr. George wanted to discuss the reasons why he could not apply for early termination. USPO McKeon explained that Mr. George had now violated his conditions of supervision and that revocation proceedings would commence. The U.S. Probation Office respectfully requests that a summons be issued, and that Mr. George appear before the Court to address his supervised release violations. If the Court would prefer a different course of action, please indicate so above.

Respectfully submitted,

*[Signature]* for
Digitally signed by Erik Flocchini
Date: 2023.07.14 12:41:30 -07'00'

Matthew McKeon
United States Probation Officer

Approved:

*[Signature]*
Digitally signed by Erik Flocchini
Date: 2023.07.14 12:42:48 -07'00'

Erik Flocchini
Supervisory United States Probation Officer