UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>George C. George,<br><br>   Defendant. | Case No. 2:14-cr-00365-JAD-NJK-1<br><br>**ORDER**<br><br>ECF No. 65 |

  Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation of Supervised Release Hearing currently scheduled on August 21, 2023 at the hour of 2:00 p.m., be vacated and continued to October 23, 2023, at 11:00 a.m.

  DATED this 18th day of August, 2023.

            _____
            UNITED STATES DISTRICT JUDGE