# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>George C. George,<br><br>        Defendant. | Case No. 2:14-cr-00365-JAD-NJK-1<br><br>**ORDER**<br><br>ECF No. 69 |

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation of Supervised Release Hearing currently scheduled on November 8, 2023 at the hour of 10:00 a.m., be vacated and continued to December 18, 2023, at 2:00 p.m.

    DATED this 1st day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE