# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:14-cr-00365-JAD-NJK-1 |
| Plaintiff, | **ORDER** |
| v. | |
| George C. George, | ECF No. 72 |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Revocation of Supervised Release Hearing currently scheduled on December 18, 2023 at the hour of 2:00 p.m., be vacated and continued to June 17, 2024, at 10:00 a.m.

    DATED this 15th day of December, 2023.

                                                   _____

                                                 UNITED STATES DISTRICT JUDGE