**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00365-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| GEORGE C. GEORGE, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, June 17, 2024 at 10:00 a.m., be vacated and the petition to revoke supervised release and addendum be dismissed.

    DATED this 17th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE